■ F.L. MITCHELL CORP., Appellant, v JOHN K. SHEETS et al., Defendants, and MARINE MIDLAND BANK, Respondent.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly rejected plaintiff's argument that Marine Midland Bank's priority interest should be subordinated to plaintiff's subsequently-filed mechanic's lien because Marine Midland Bank violated section 22 of the Lien Law. The borrower's affidavit accompanying the first building loan contract explicitly provides that the net sum available to the borrower for the improvement is "$-0-"; consequently, plaintiff was apprised that no funds from the proceeds of the first loan were available for improvements to the property located at 2620 W. Henrietta Rd., Rochester *(see, Nanuet Natl. Bank v Eckerson Terrace,* 47 NY2d 243, 247). We have examined plaintiff's remaining contention and find it to be without merit. (Appeal from Order of Supreme Court, Monroe County, Rosenbloom, J.—Dismiss Affirmative Defenses.) Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.

■ NATIONAL SCHOOL BUS SERVICE, INC., Respondent-Appellant, v HARTFORD FIRE INSURANCE COMPANY et al., Respondents, and HOME INDEMNITY COMPANY, Appellant.—Order and judgment unanimously affirmed with costs to plaintiff for reasons stated in decision at Supreme Court, Fallon, J. (Appeals from Order and Judgment of Supreme Court, Erie County, Fallon, J.—Declaratory Judgment.) Present—Callahan, J. P., Doerr, Denman, Pine and Lawton, JJ.